No. 13–0137/AR. U.S. v. Michael J. Cuomo. CCA 20120516. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 17, 2012.

No. 13–8012/AR. U.S. v. Nidal M. Hasan. CCA 20120877. Appellee's motion to file a supplemental joint appendix is granted.

No. 13–0089/MC. U.S. v. Jorge L. Gonzalez. CCA 201200164. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 13–0025/MC. U.S. v. Allen J. Solomon. CCA 201100582. Review granted on the following issues:

I. IN A CASE INVOLVING SEXUAL MISCONDUCT COMMITTED AGAINST A MALE VICTIM, THE MILITARY JUDGE ADMITTED EXTENSIVE EVIDENCE UNDER M.R.E. 404(b) AND M.R.E. 413 THAT RELATED TO APPELLANT'S PREVIOUS ACQUITTAL FOR SEXUAL MISCONDUCT COMMITTED AGAINST TWO FEMALES, DESPITE ALIBI EVIDENCE THAT CONTRADICTED HIS INVOLVEMENT IN THE SEXUAL MISCONDUCT WITH THEM. DID THE MILITARY JUDGE ABUSE HIS DISCRETION IN ADMITTING THE PRIOR SEXUAL MISCONDUCT EVIDENCE?

II. DURING THE TRIAL COUNSEL'S CLOSING AND REBUTTAL ARGUMENT, HE EXPRESSED PERSONAL OPINIONS ON THE EVIDENCE, VOUCHED FOR THE VERACITY OF THE GOVERNMENT WITNESSES, RIDICULED THE DEFENSE'S CASE THEORY, ARGUED FACTS NOT IN EVIDENCE, AND CLAIMED THAT THE DEFENSE CROSS–EXAMINATIONS WERE DISINGENUOUS. DID HIS IMPROPER CONDUCT CONSTITUTE PROSECUTORIAL MISCONDUCT AND DID IT MATERIALLY PREJUDICE APPELLANT'S SUBSTANTIAL RIGHTS?

Briefs will be filed under Rule 25.

* It is noted that the military judge neglected to seal the portion of the record and exhibits pertinent to an MRE 412 closed hearing. Accordingly, the Clerk is directed to seal Appellate Exhibits V and VI and pages 45–60 of the transcript.